| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | DONNA L. CALVERT |
| 3 | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | Chief, Civil Division |
| 5 | DANIEL TALBERT |
| | SPECIAL ASSISTANT UNITED STATES ATTORNEY |
| 6 | 160 Spear Street, Suite 800 |
| | San Francisco, California  94105 |
| 7 | Telephone: 415-977-8926 |
| 8 | Facsimile: 415-744-0134 |
| | E-Mail: Daniel.Talbert@ssa.gov |
| 9 | Attorneys for Defendant |
| 10 | KELSEY MACKENZIE BROWN |
| | Dellert Baird Law Office, PLLC |
| 11 | 9481 Bayshore Drive, NW # 203 |
| 12 | Silverdale, Washington 98383 |
| | Phone: (360) 329-6968 |
| 13 | Fax: (360) 329-6968 |
| 14 | Email: Dellert.Law.Office@gmail.com |
| | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOLORES ANN SHRIGLEY,          ) | No. EDCV 13-00254-AC |
|                               ) | |
|     Plaintiff,                ) | **STIPULATION AND PROPOSED** |
| vs.                           ) | **ORDER FOR A FIRST EXTENSION OF** |
|                               ) | **30 DAYS FOR DEFENDANT TO** |
| CAROLYN W. COLVIN,            ) | **RESPOND TO PLAINTIFF'S MOTION** |
| Acting Commissioner of Social Security, ) | **FOR SUMMARY JUDGMENT AND/OR** |
|                               ) | **TO FILE ANY CROSS-MOTIONS** |
|     Defendant.                ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED, by and between Plaintiff Dolores Ann Shrigley (Plaintiff) and Defendant Commissioner of Social Security Carolyn W. Colvin (Defendant), by and through their respective counsel of record, that Defendant shall have a first extension of time of thirty (30) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto. Defendant requires additional time to properly assess the issues that Plaintiff has raised in her motion

for summary judgment.  The current due date is July 10, 2013.  The new due date will be August 9, 2013.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE: July 8, 2013				DELLERT BAIRD LAW OFFICE, PLLC

					By:	  /s/  *Kelsey Mackenzie Brown*
						KELSEY MACKENZIE BROWN
						Attorneys for the Plaintiff
						(As authorized by e-mail on July 8, 2013)


DATE: July 8, 2013				BENJAMIN B. WAGNER
						United States Attorney

					By:	  /s/  *Daniel Talbert*
						DANIEL TALBERT
						Special Assistant United States Attorney
						Attorney for Defendant


### **ORDER**

The Court hereby approves the parties' stipulation to extend the time for Defendant to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions to August 9, 2013.  The scheduling order shall be modified accordingly.


DATED: July 9, 2013


						_____
						ALLISON CLAIRE
						UNITED STATES MAGISTRATE JUDGE

2

STIPULATION                                                                                                                   13-00254-AC