BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
Chief, Civil Division
PATRICK SNYDER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California  94105
Telephone: 415-977-8927
Facsimile: 415-744-0134
E-Mail: Patrick.Snyder@ssa.gov
Attorneys for Defendant

KELSEY MACKENZIE BROWN
Dellert Baird Law Office, PLLC
9481 Bayshore Drive, NW # 203
Silverdale, Washington 98383
Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOLORES ANN SHRIGLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No. EDCV 13-00254-AC<br><br>**STIPULATION AND PROPOSED ORDER FOR A SECOND EXTENSION OF 14 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

  IT IS HEREBY STIPULATED, by and between Plaintiff Dolores Ann Shrigley (Plaintiff) and Defendant Commissioner of Social Security Carolyn W. Colvin (Defendant), by and through their respective counsel of record, that Defendant shall have a second extension of time of fourteen (14) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto.  The current deadline is August 9, 2013.  The new deadline will be August 23, 2013.

Defense counsel requests this extension due to her workload. The attorney assigned to respond to Defendant's motion for summary judgment, Sharon Lahey, has been working through a backlog of cases resulting from her unanticipated appearance in a three-day trial in another matter. Despite Ms. Lahey's diligent efforts, she has not been able to complete the Commissioner's response with sufficient time to accommodate an internal two-week review process. As a result, Defendant has requested—and Plaintiff has agreed—to an additional two-week extension of time. The parties have further agreed that, with the Court's approval, the case management order be modified accordingly.

DATE: August 8, 2013            DELLERT BAIRD LAW OFFICE, PLLC

                                By:    /s/ *Kelsey Mackenzie Brown*
                                       KELSEY MACKENZIE BROWN
                                       Attorneys for the Plaintiff
                                       (As authorized by e-mail on August 5, 2013)

DATE: August 8, 2013            BENJAMIN B. WAGNER
                                United States Attorney

                                By:    /s/ *Patrick Snyder*
                                       PATRICK SNYDER
                                       Special Assistant United States Attorney
                                       Attorney for Defendant

## **ORDER**

The Court hereby approves the parties' stipulation to extend the time for Defendant to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions to August 23, 2013. The scheduling order shall be modified accordingly.

DATE: August 8, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE